IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:08CR16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| GREGORY DONALD BRUNNER, | ) | |
| | ) | |
| Defendant. | ) | |

On February 26, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts Three and Four of the Bill of Indictment. In Count Three, the defendant was charged with knowingly transporting in interstate or foreign commerce visual depictions, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2256(a)(1) and (b)(1). Count Four charged him with knowingly possessing matter which contained any visual depiction that had been mailed, or had been shipped or transported in interstate commerce, or which was produced using materials which had been mailed or so shipped or transported, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

On March 11, 2009 through April 9, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this

1

forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**- One notebook computer, model #D87P
- One Compaq Pocket PC, s/n 4GDCDW
Both seized on January 12, 2006 from Walling Data Systems and belonging to Gregory Brunner.**

Signed: October 28, 2009

Richard L. Voorhees
United States District Judge